OPINION — AG — ** DEPARTMENT OF WILDLIFE CONSERVATION COMMISSION — INTEREST ACCRUING TO WILDLIFE CONSERVATION FUND ** THE DEPARTMENT OF WILDLIFE CONSERVATION IS ENTITLED TO THE INTEREST ACCRUING FROM THE REVOLVING FUND CREATED IN THE STATE TREASURY BY 29 O.S. 1975 Supp., 3-302 [29-3-302] (STATE TREASURER) CITE: 62 O.S. 1975 Supp., 7.2 [62-7.2], 62 O.S. 1975 Supp., 89.2 [62-89.2], 62 O.S. 1971 203 [62-203], ARTICLE XXVI, SECTION 4, 29 O.S. 1971 126 [29-126], ARTICLE IV, SECTION 30(B) (HAROLD B. MCMILLAN)